UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-2983-WCT

**UNITED STATES OF AMERICA**

vs.

**JOSE GERARDO MARTINEZ SIMEON,**

    **Defendant.**

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _x_ No

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BY: _____
MONIQUE B. ANNUNZIATO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 722286
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9427
FAX (305) 530-7976

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JOSE GERARDO MARTINEZ SIMEON

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-2983-WCT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 23, 2008, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, JOSE GERARDO MARTINEZ SIMEON, did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); and did knowingly and intentionally, possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Special Agent and that this complaint is based on the following facts:

On or about July 23, 2008, at approximately 2:30 p.m., the defendant, JOSE GERARDO MARTINEZ SIMEON, arrived at Miami International Airport aboard American Airlines Flight #960 from Panama City, Panama. After being admitted into the United States by U.S. Customs and Border Protection, the defendant presented himself and his luggage to U.S. Customs and Border Protection for examination. During a secondary examination, JOSE GERARDO MARTINEZ SIMEON spontaneously stated that he was carrying a controlled substance in his suitcase. Subsequently, U.S. Customs and Border Protection Officers discovered several packages of a white powdery substance concealed inside the defendant's luggage. A field test of the white powdery substance proved positive for the presence of cocaine. The estimated weight of the cocaine was 4.51 pounds.

GEOFFREY GOODWIN, SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

__JULY 24, 2008__
Date

at __Miami, Florida__
City and State

WILLIAM C. TURNOFF
__UNITED STATES MAGISTRATE JUDGE__
Name and Title of Judicial Officer

Signature of Judicial Officer