AO83 (Rev. 10/03) Summons in a Criminal Case

TB

| RETURN OF SERVICE | | |
|---|---|---|
| Service was made by me on:[1] <u>Jose Martinez Simeon</u><br>(Offender Name) | Date | 9/9/2013 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Sunoco Gas Station NW 79 St & NW 7 Ave Miami, FL

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

X <i>Jose G Martinez</i>

X <i>Jason Jacoby</i>
USPO

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____   /s/ Reginald D. Michael
                Date                  Chief, United States Probation Officer

                                      (by) Jason W. Jacoby
                                      United States Probation Officer

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.